NOT FOR PUBLICATION                                              (Doc. No. )

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| K & G MEN'S COMPANY, INC., | |
| Plaintiff, | Civil No. 06-5768 (RBK-AMD) |
| v. | **ORDER** |
| LOUDMILA KIBALKO, and L & N INDUSTRY, INC., | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| RITE TECH INDUSTRIAL CO. LTD, EUNSUNG ELECTRIC CO., LTD., | |
| Third-Party Defendants. | |
| EUNSUNG ELECTRIC CO., LTD, | |
| Third-Party Defendant/ Second Third-Party Plaintiff, | |
| v. | |
| TOWER MANUFACTURING CORP., TOWER SWITCHES LIMITED, HUANGBO PO WAH ELECTRICAL MANUFACTORY, DONG-YANG ELECTRONICS, CO., LTD. | |
| Second Third-Party Defendants. | |

1

**THIS MATTER** having come before the Court upon a motion by Second Third-Party Defendants Tower Manufacturing Corporation and Tower Switches Limited (collectively, the "Tower Entities") for summary judgment as to the Second Third-Party Complaint filed against it by Eunsung Electronics Co., Ltd. ("Eunsung"), which alleges negligence, strict liability, and breach of implied warranty, as well as the cross-claims for contribution and indemnification asserted against the Tower Entities by Loudmila Kibalko, L & N Industry, Inc., and Rite Tech Industrial Co. LTD.; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued today;

**IT IS HEREBY ORDERED** that the Tower Entities' motion for summary judgment is **GRANTED**; and

**IT IS FURTHER ORDERED** that Eunsung's Second Third-Party Complaint is **DISMISSED WITH PREJUDICE** as to the Tower Entities; and

**IT IS FURTHER ORDERED** that all other claims, including cross-claims, against the Tower Entities are **DISMISSED WITH PREJUDICE**.


Dated: 5-12-2010                                                                  /s/ Robert B. Kugler
                                                                                     ROBERT B. KUGLER
                                                                                     United States District Judge