IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| K&G Men's, Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Loudmila Kibalko, et al., <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> Rite Tech Industrial Co., Ltd., <br><br> Third-Party Defendants. | Civil No. 06-5768-RBK-KMW |

**AMENDED SCHEDULING ORDER**

IT IS this **18th** day of **May, 2010,** hereby **ORDERED:**

1. The Final Pretrial Conference shall be conducted on **June 22, 2010 at 11:00 a.m.** The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court by **June 21, 2010.** The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **June 1, 2010.** Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **June 15, 2010. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** F‍ed. R. Civ. P. 16(d).

                                                  s/ Karen M. Williams
                                                KAREN M. WILLIAMS
                                                United States Magistrate Judge

cc:  Hon. Robert B. Kugler