### DUGAN BRINKMANN MAGINNIS AND PACE

Attorneys at Law

1880 John F. Kennedy Boulevard, Suite 1400
Philadelphia, Pennsylvania 19103

(215) 563-3500
Facsimile: (215) 563-5610
www.dbmplaw.com

Media Office
12 S. Monroe Street
Media, PA 19063
(215) 563-3500

New Jersey Office
33 South Main Street
Mullica Hill, NJ 08062
(856) 223-8600
Facsimile: (856) 223-8601

May 25, 2010

*Via Fax – 856-757-6846*
Lynda W. Powers
Judicial Assistant to the
Honorable Karen M. Williams
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Room 2040, P. O. Box 849
Camden, NJ  08102

*Via First Claim Mail*
Clerk
United States District Court for
The District of New Jersey
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, NJ  08102

Re:   **K&G Men's Company, Inc., vs. Loudmila Kibalko and L&N Industry, Inc. vs. Rite Tech Industrial Co., Ltd.**
       **Civil Action No.: 06-5768-RBK-KMW**

Dear Ms. Powers:

This will confirm our recent telephone conversation in which I informed you that I represented Plaintiffs in the above matter and that my partner, Randy Greene, is no longer involved in the case.

I would appreciate it if a note could be made in the file so that all future correspondence and communication will be directed to me rather than Mr. Greene.

Thank you for your assistance in this matter.

Sincerely,

DUGAN, BRINKMANN, MAGINNIS and PACE

*[signature]*

SAMUEL J. PACE, JR.

SJP:sf

cc:    Randy Greene, Esquire