# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 6/3/10

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**

**DOCKET NO:** Civ. #06-5768

**TITLE OF CASE:**

K & G MEN'S COMPANY, INC.
  (vs)
LOUDMILA KIBALKO, ET AL.

**APPEARANCES:**
Samuel J. Pace, Jr., Esq. for pltf.
Dennis J. Crawford, Esq. for deft./3rd-party pltf. Loudmila
Kibalko
Edward S. Kiel, Esq. (COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, PC)
 for 3rd-party Eunsung Electric Co., Ltd.

**NATURE OF PROCEEDINGS:**

Hearing on 3rd-party deft. Eunsung Electric Co., Ltd's motion for
summary judgment and to strike the expert report of defts./3rd-
party pltfs. Loudmila Kibalko and L&N Industry, Inc.'s expert
Terrance L. Duvall, P.E.

**DISPOSITION:**

DECISION RESERVED

_____
Deputy Clerk

Time Commenced: 12:40PM     Time Adjourned: 1:40PM