# LAW OFFICES
# OF
# DENNIS J. CRAWFORD

**619 S. White Horse Pike**
**Audubon, NJ  08106**

*(856) 310-5550 - Phone*
*(856) 310-9099 – Facsimile*

*Dennis J. Crawford*                                        *Certified by the New Jersey Supreme*
*Member PA and NJ Bar*                                      *Court as a Civil Trial Attorney*
*dcrawford@djclawfirm.com*

June 10, 2010

Honorable Robert B. Kugler, U.S.D.J.
Courtroom 4D
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

Re:   K & G Men's Company, Inc. v. Loudmila Kibalko and L & N Industry, Inc. v.
      Rite Tech Industrial Co., LTD. et al
      Civil Action 01-06-cv-5768 (RBK-AMD)
      Our File No. 06-048

Dear Honorable Sir:

   Pursuant to your request, we are filing herewith a supplemental report prepared by Terrence DuVall, P.E. in connection with the above captioned matter for your consideration.

                                                Respectfully submitted,


                                                DENNIS J. CRAWFORD

DJC:jlr
Enclosure
cc:   Scott L. Haworth, Esquire
      Richard T. Barth, Esquire
      Marco DiFlorio, Esquire
      Edward Sun Kiel, Esquire
      Samuel J. Pace, Jr., Esquire
      Angelo A. Stio, III, Esquire