# LAW OFFICES
# OF
# DENNIS J. CRAWFORD

**619 S. White Horse Pike**
**Audubon, NJ  08106**

*(856) 310-5550 - Phone*
*(856) 310-9099 – Facsimile*

| | |
|---|---|
| *Dennis J. Crawford* | *Certified by the New Jersey Supreme* |
| *Member PA and NJ Bar* | *Court as a Civil Trial Attorney* |
| *dcrawford@djclawfirm.com* | |

June 18, 2010

Honorable Robert B. Kugler, U.S.D.J.
Courtroom 4D
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

Re:   K & G Men's Company, Inc. v. Loudmila Kibalko and L & N Industry, Inc. v. Rite Tech Industrial Co., LTD. et al
      Civil Action 01-06-cv-5768 (RBK-AMD)
      Our File No. 06-048

Dear Honorable Sir:

As your Honor may recall, at oral argument on June 3, 2010, your Honor directed that defendant Kibalko submit a supplemental report, and Third-Party Defendant had until June 18, 2010 to respond.  Kilbalko has submitted its supplemental report.  It is understood that Eunsung has submitted its opposition.

The parties believe that, prior to your Honor's findings on this issue, it may be a good time to discuss settlement.  Your Honor offered his services at the time of oral argument.  The parties were wondering if your Honor would be available for a Settlement Conference.

June 18, 2010
Page 2


      If your Honor could provide some dates convenient for your Honor, it would be appreciated.  As an aside, the undersigned begins a two-week trial in Atlantic City beginning July 6, 2010.

                              Respectfully submitted,


                              DENNIS J. CRAWFORD

DJC:jlr
cc:     Scott L. Haworth, Esquire
        Richard T. Barth, Esquire
        Marco DiFlorio, Esquire
        Edward Sun Kiel, Esquire
        Samuel J. Pace, Jr., Esquire
        Angelo A. Stio, III, Esquire