UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 6/22/10

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**

**DOCKET NO:** Civ. #06-5768

**TITLE OF CASE:**

K&G MEN'S COMPANY, INC.
    (VS)
LOUDMILA KIBALKO, ET AL.

**APPEARANCES:**
Samuel J. Pace, Jr., Esq. (DUGAN BRINKMANN MAGINNIS & PACE) for pltf.
Dennis J. Crawford, Esq. for deft. Loudmila Kibalko, L&N Industry,
Edward Kiel, Esq. (COLE, SCHOLTZ, MEISERL, FORMAN & LEONARD, PC) for 3rd-party deft. Eunsung Electric Co., Ltd.

**NATURE OF PROCEEDINGS:**

SETTLEMENT CONFERENCE HELD

_____
Deputy Clerk

Time Commenced: 11:05 AM    Time Adjourned: 2:05 PM